# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Lazerrick Coffee** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case Number: 17-1297 |
| | ) |
| **Michael Melvin, Ms. Terry Kennedy,** | ) |
| **Emily Ruskin, John Baldwin, Sherry** | ) |
| **Benton, Internal Affairs Pontiac CC,** | ) |
| **Donna Jones, Jamie Horton, Counselor** | ) |
| **Alvarrado, Supervisory Personnel of** | ) |
| **Pontiac CC, S. Simpson, Chad Brown,** | ) |
| **Aberado Salinas, Alan D. Winemiller,** | ) |
| **Allen, Susan K. Prentice, Lindy Croft,** | ) |
| **T. Wilson, Derek Smith, Dillon Blanchard** | ) |
| **Jordan Pratt, Robinson, Benjamin G** | ) |
| **Kennedy, Joe Doe, Meister, Garbe, Bolt** | ) |
| **Bell, Wexford, Ojalada, Andrew Tilden** | ) |
| **Sindy LNU, Sabringa Foxx, Tracy LNU,** | ) |
| **Sherri LNU, Krissy LNU, Lori** | ) |
| **Williamson, Jodi Johnson, Paul LNU,** | ) |
| **Jack LNU, John LNU, Bougus, Melissa** | ) |
| **LNU, Becky LNU, G. Simmons, Cora** | ) |
| **LNU, S. Joseph, Jade Drillin, Keren** | ) |
| **Beecher, Rebecca McGrath, John Doe I** | ) |
| **Jane Doe,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's case against the Defendants is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b), Rule 16(f),

Rule37(b), and for failure to comply with this Court's Orders.

**Dated: 3/14/2019**

                                                                  s/ Shig Yasunaga
                                                                  Shig Yasunaga
                                                                  Clerk, U.S. District Court